**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Brian Francis Blackwell
Blackwell & Bullman, LLC
5253 Dijon Dr., Ste. E
Baton Rouge LA 70808

Corrie R. Gallien
Gallien Law, PLLC
1030 Lafayette Str. Ste. 12
Lafayette LA 70501

> Judgment on rehearing rendered and mailed to all parties or counsel of record on May 27, 2026

**REHEARING ACTION: May 27, 2026**

**Docket Number: 26   00256-CW**

**SUZANNE LAJAUNIE**
**VERSUS**
**THE LAFAYETTE PARISH SCHOOL**
**SYSTEM & THE LAFAYETTE PARISH**
**SCHOOL BOARD**

**Writ Application from Lafayette Parish Case No. C-20261673**

**BEFORE JUDGES:**

   **Hon. Shannon J. Gremillion**
   **Hon. Sharon Darville Wilson**
   **Hon. Ledricka J. Thierry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Suzanne LaJaunie** has this day been

   **DENIED.**

cc: Robert Lloyd Hammonds, Counsel for the Applicant
    Evan M. Alvarez, Counsel for the Applicant